UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
SHANNON RAVARE, :
an individual, : CASE NO.: 6:17-cv-599-RGJ-CBW
 :
       Plaintiff, : Judge: Robert G. James
 :
vs. : Magistrate Judge: Carol B. Whitehurst
 :
BUDDY RHODES, INC. :
 :
       Defendant. :
------------------------------------------------------x

# CONSENT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND RETAIN JURISDICTION

Shannon Ravare, Plaintiff, through undersigned counsel, respectfully submits this Consent Motion to Dismiss Plaintiff's Claims With Prejudice. The parties seek to dismiss Plaintiff's claims for the following reasons, subject to the Court retaining jurisdiction to enforce the settlement agreement:

    1.    Plaintiff and defendant Buddy Rhodes, Inc. have reached a full and final settlement agreement that includes certain future performances by Defendant.

    2.    The settlement documents have been executed and a settlement check has been issued.

    3.    A material term of the settlement agreement is that this Court retain jurisdiction to enforce the terms of the settlement agreement. See, e.g., Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

    4.    Counsel for Defendant has reviewed this Motion and the attached Order prior to same being filed with the Court, and consents and agrees to the entry of the Order and the relief requested therein.

**WHEREFORE**, Shannon Ravare, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and dismiss this lawsuit with prejudice, retain jurisdiction to enforce the settlement agreement, and administratively close Plaintiff's claims.

                                          Respectfully Submitted,

                                          Bizer & DeReus
                                          Attorneys for Plaintiff
                                          Andrew D. Bizer, Esq. (LA # 30396)
                                          andrew@bizerlaw.com
                                          Garret S. DeReus, Esq. (LA # 35105)
                                          gdereus@bizerlaw.com
                                          Marc P. Florman, Esq. (LA # 35128)
                                          mflorman@bizerlaw.com
                                          3319 St. Claude Ave.
                                          New Orleans, LA 70117
                                          T: 504-619-9999; F: 504-948-9996

By:/s/ Andrew D. Bizer
       **ANDREW D. BIZER**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 9, 2017 by ECF filing.

                                          By:/s/ Andrew D. Bizer
                                                  **ANDREW D. BIZER**