UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHANNON RAVARE | CIVIL ACTION NO. 17-599 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BUDDY RHODES, INC. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT OF DISMISSAL

Considering the Consent Motion to Dismiss Plaintiff's Claims With Prejudice and Retain Jurisdiction, [Doc. No. 8],

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned matter, in its entirety and as to all claims and parties, is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the settlement agreement.

Monroe, Louisiana, this 10th day of August, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE